# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANDRAE L. DOTSON,

    Plaintiff,

v.

MATTHEW KALTENBRUN, AARON FRANTAL, LUIS VARGAS-RAMOS, RICHARD KLARKOWSKI, and MATT THOMPSON,

    Defendants.

Case No. 18-CV-182-JPS

**ORDER**

    Plaintiff proceeds in this action *pro se*, alleging that the defendant police officers used excessive force in arresting him. (Docket #22). At the time this case was filed, Plaintiff was incarcerated at the Dodge County Detention Facility. He has been a prolific filer in this case, consistently making new submissions and asking for copies of documents. However, when the Court issued its trial scheduling order on November 16, 2018, it was returned as undeliverable. (Docket #31).

    The Court is left, then, with no ability to contact Plaintiff. General Local Rule 5(a)(4) requires *pro se* parties like Plaintiff to keep the Court apprised of their contact information. Civil Local Rule 41(c) provides for dismissal of actions which are not being diligently prosecuted by a plaintiff. Applying these rules together to Plaintiff's case, this action must be dismissed without prejudice.

    Accordingly,

    **IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 26th day of December, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge